UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

     Plaintiff,

v.

KINETIC INVESTMENT GROUP, LLC and
     MICHAEL SCOTT WILLIAMS,               CASE NO.: 8:20-cv-394

     Defendants, and

KINETIC FUNDS I, LLC,
KCL SERVICES, LLC d/b/a LENDACY,
SCIPIO, LLC, LF 42, LLC, EL MORRO
FINANCIAL GROUP, LLC, and KIH, INC.,
f/k/a KINETIC INTERNATIONAL, LLC,

     Relief Defendants.

_____/

## RECEIVER'S MOTION FOR AUTHORIZATION TO EMPLOY INFORMATION TECHNOLOGY AND SUPPORT PERSONNEL

Mark A. Kornfeld, Esq., as Receiver (the "**Receiver**") appointed over Defendant Kinetic Investment Group, LLC and Relief Defendants Kinetic Funds, LLC, KCL Services, LLC d/b/a Lendacy, Scipio, LLC, LF 42, LLC, and KIH Inc., f/k/a Kinetic International, LLC (collectively, the "**Receivership Entities**"), pursuant to the Court's March 6, 2020, Order Granting Plaintiff Securities and Exchange Commission's Emergency Motion for Appointment of Receiver (the "**Order Appointing Receiver**") (Doc. 34), hereby files his Motion for Authorization to Employ Information Technology and Support Personnel *nunc pro tunc* to March 6, 2020, and states as follows:

1.     This action commenced on February 20, 2020, with the filing of the Securities and Exchange Commission's ("**SEC**") Complaint against Defendants and Relief

Defendants, the SEC's Emergency Motion and Memorandum of Law for Asset Freeze and Other Relief (Doc. 2), and the SEC's Emergency Motion and Memorandum of Law for Appointment of Receiver (Doc. 3).

2.      Following a hearing on March 6, 2020, this Court entered the Order Appointing Receiver appointing Mark A. Kornfeld, Esq. as Receiver of all assets of the Receivership Entities.  Pursuant to the Order Appointing Receiver, the Receiver is authorized to, among other things, "engage and employ persons in his discretion to assist him in carrying out his duties and responsibilities hereunder, including, but not limited to, forensic experts," and to also take such action as necessary and appropriate for the preservation of Receivership Property or to prevent the dissipation or concealment of Receivership Property.  *See* Order Appointing Receiver at ¶¶ 7.F,G. and 61. This includes assisting the Receiver with taking possession of personal and real property of the Receivership Defendants, including the authorization to "change door locks to the premises described above."  *Id.* ¶ 16.

3.      Prior to engaging any such professionals, the Receiver must first obtain an Order of this Court authorizing such engagement. *See* Order Appointing Receiver at ¶ 52. Any professionals that the Receiver engages with this Court's approval are "entitled to reasonable compensation and expense reimbursement from the Receivership Estates as described in the 'Billing Instructions for Receivers in Civil Actions Commenced by the U.S. Securities and Exchange Commission'... agreed to by the Receiver."

4.      According to evidence presented by the SEC and through the Receiver's research, Receivership Defendants appear to have offices and/or assets located in Sarasota, Florida and San Juan, Puerto Rico.

5.      Accordingly, pursuant to the Order Appointing Receiver, the Receiver seeks this Court's approval to engage (i) professionals with the firm E-Hounds ("**E-Hounds**") based in

Tampa, Florida and SupportPR LLC ("**SupportPR**") based in San Juan, Puerto Rico to assist with securing, imaging, and storing electronic information (collectively, the "**IT Firms**"); (ii) professionals with Darrell's Locksmith in Sarasota, Florida and Abracadabra Attention in San Juan, Puerto Rico to assist with changing the door locks to the premises described in the Order Appointing Receiver (collectively, the "**Locksmiths**"); and (iii) professionals with International Intelligence Group, LLC in San Juan, Puerto Rico to provide investigative and asset management services to the Receiver with respect to Receivership Property located in San Juan, Puerto Rico (the "**Investigative Personnel**").

3.      The IT Firms.  The Receiver seeks to retain the IT Firms to assist with imaging any electronic devices or hardware belonging to the Receivership Entities.  The Receiver anticipates that E-Hounds shall serve as the primary IT Firm managing and facilitating access to data imaged from electronic devices and hardware belonging to the Receivership Entities.  Adam Sharp, a principal of E-Hounds, has extensive experience in this field and also with assisting court-appointed receivers including in matters brought by the SEC and a copy of his CV is attached as **Exhibit A**.  The firm will not request an up-front retainer and has provided preferred hourly rates ranging from $195 to $250, with certain additional tasks such as sworn testimony or expert consulting carrying a higher rate as set forth in the proposal attached as **Exhibit B**.  The Receiver anticipates primarily using E-Hounds as a clearinghouse for the identification and collection of data, and E-Hounds will offer a review platform carrying a monthly charge of either $495 (for data less than 100 GB) or $995 (unlimited data) with no additional servicing or storage fees for such data and the inclusion of two reviewer logins.

4.      The Receiver similarly anticipates using SupportPR LLC to provide on-the-ground data collection and imaging for electronic devices and hardware belonging to

Receivership Entities in San Juan, Puerto Rico.  SupportPR LLC has agreed to provide their services at an hourly rate ranging from $150 to $175 and will not charge any separate storage fees.  The Receiver anticipates having E-Hounds work with SupportPR to efficiently facilitate the capture, custody, and transmission of data imaged from electronic devices and hardware belonging to Receivership Entities in San Juan, Puerto Rico.  In addition to having a lower rate than E-Hounds, utilizing the services of SupportPR will also avoid having E-Hounds incur additional travel costs.

5.      The Locksmiths.  The Receiver has obtained quotes from Darrell's Locksmith in Sarasota, Florida and Abracadabra Attention in San Juan, Puerto Rico to assist with changing the locks at all premises covered by the Order Appointing Receiver.  Darrell's Locksmith has advised that it will charge $40 per service call plus $20 per lock.  Abracadabra Attention has advised it will charge $55 per lock as well as $25 in parts.

6.      The Investigative Personnel.   The Receiver anticipates that, given his understanding of significant assets and potentially multiple offices in San Juan, Puerto Rico, it may be cost-effective to retain non-legal professionals to assist the Receiver with executing his duties as they apply to those assets and office(s) in San Juan, Puerto Rico, and that doing so at the rates charged by those non-legal professionals may be advantageous and more economical than a legal or forensic professional attending to those same tasks. International Intelligence Group, LLC, whose principal Hector Gonzalez is a retired Supervisory Special Agent with the FBI in San Juan for over twenty years, has agreed to provide services at an hourly rate ranging from $85 to $125.  The Receiver will only seek to use Mr. Gonzalez's services where necessary and where doing so would benefit, rather than duplicate, any efforts to fulfill his duties under the Order Appointing Receiver.

7.      The Receiver will take all steps to ensure that there is no duplication of efforts or expenses between or among any of the professionals he engages with the approval of this Court.

WHEREFORE, the Receiver respectfully requests that this Court enter the proposed Order attached as **Exhibit C**, authorizing the Receiver to employ (i) professionals with the firm E-Hounds based in Tampa, Florida and SupportPR LLC based in San Juan, Puerto Rico to assist with securing, imaging, and storing electronic information; (ii) professionals with Darrell's Locksmith in Sarasota, Florida and Abracadabra Attention in San Juan, Puerto Rico to assist with changing the door locks to the premises described in the Order Appointing Receiver; and (iii) professionals with International Intelligence Group, LLC in San Juan, Puerto Rico to provide investigative and asset management services to the Receiver with respect to Receivership Property located in San Juan, Puerto Rico; and (iv) for such other and further relief as the Court deems just and proper.

Dated: March 6, 2020.

QUARLES & BRADY LLP

*/s/ Mark A. Kornfeld*
Mark A. Kornfeld, Esq., as Receiver
Florida Bar No. 1019233
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
 Phone:  (813) 387-0300
Facsimile: (813) 387-1800

mark.kornfeld@quarles.com
karen.wollitz@quarles.com
docketfl@quarles.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of March, 2020, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of

Electronic Filing to the following counsel of record:

Christine Nestor, Esq.
Stephanie N. Moot, Esq.
John T. Houchin, Esq.
Barbara Veniegra, Esq.
Securities and Exchange Commission
801 Brickell Avenue, Suite 1950
Miami, FL 33131
nestorc@sec.gov
moots@sec.gov
houchinj@sec.gov
viniegrab@sec.gov
*Counsel for Plaintiff*

Gregory W. Kehoe, Esq.
Joseph H. Picone, Esq.
Danielle S. Kemp, Esq.
Greenberg Traurig, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
keoeg@gtlaw.com
piconej@gtlaw.com
kempd@gtlaw.com
*Counsel for Defendants and Relief Defendants*

Steven M. Malina, Esq.
Greenberg Traurig, P.A.
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
malinas@gtlaw.com
*Counsel for Defendants and Relief Defendants*

*/s/ Mark A. Kornfeld*
Receiver