UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.: 8:20-cv-00394-WFJ-SPF

SECURITIES AND EXCHANGE COMMISSION,   )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )
                                     )
KINETIC INVESTMENT GROUP, LLC and    )
MICHAEL SCOTT WILLIAMS,              )
                                     )
    Defendants, and                  )
                                     )
KINETIC FUNDS I, LLC,                )
KCL SERVICES, LLC d/b/a LENDACY,     )
SCIPIO, LLC,                         )
LF42, LLC,                           )
EL MORRO FINANCIAL GROUP, LLC, and   )
KIH, INC. f/k/a KINETIC INTERNATIONAL, LLC,  )
                                     )
    Relief Defendants.                )
                                     )

**PLAINTIFF'S RESPONSE TO DEFENDANT MICHAEL SCOTT WILLIAMS'
EMERGENCY MOTION FOR RELIEF FROM ORDER GRANTING
<u>MOTION FOR APPOINTMENT OF RECEIVER</u>**

The Commission responds to Defendant's Emergency Motion (DE 35) as follows:

1.  Although the order granting the Commission's motion for appointment of a receiver is not yet loaded on the Court's docket (DE 34), the Commission's proposed order does not include Williams in the definition of "Receivership Defendant".

2.  It is the Commission's understanding that the real property at issue in Defendant Williams' emergency motion is in the name of Williams individually.

March 6, 2020                              Respectfully submitted,

                              By:    */s/ Christine Nestor & Stephanie N. Moot*
                                        Christine Nestor
                                        Senior Trial Counsel
                                        Fla. Bar No. 597211
                                        Direct Dial: (305) 982-6367
                                        E-mail: nestorc@sec.gov

                                        Stephanie N. Moot
                                        Trial Counsel
                                        Fla. Bar No.  30377
                                        Direct Dial:  (305) 982-6313
                                        E-mail: moots@sec.gov

                                        John T. Houchin
                                        Senior Counsel
                                        Fla. Bar No. 118966
                                        Direct Dial:  (305) 416-6292
                                        E-mail: houchinj@sec.gov

                                        Barbara Viniegra
                                        Senior Counsel
                                        Fla. Bar No.  716901
                                        Direct Dial:  (305) 416-6218
                                        E-mail: viniegrab@sec.gov

                                        Attorneys for Plaintiff
                                        **Securities and Exchange Commission**
                                        801 Brickell Avenue, Suite 1950
                                        Miami, FL 33131
                                        Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

*s/Christine Nestor*
Christine Nestor

Gregory W. Kehoe, Esq.
Joseph H. Picone, Esq.
Danielle S. Kemp, Esq.
Greenberg Traurig, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602
Telephone: 813-318-5700
Email: kehoeg@gtlaw.com
  piconej@gtlaw.com
  kempd@gtlaw.com
*Counsel for Defendants and Relief Defendants*

Steven M. Malina, Esq.
Greenberg Traurig, P.A.
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312-456-8400
Email: malinas@gtlaw.com
*Counsel for Defendants and Relief Defendants*

Mark A. Kornfeld, Esq., as Receiver
QUARLES & BRADY LLP
101 E. Kennedy Blvd., Ste. 3400
Tampa, FL 33602
Phone: (813) 387-0300
Facsimile: (813) 387-1800
Email: mark.kornfeld@quarles.com
*Court-appointed Receiver*