UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KINETIC INVESTMENT GROUP, LLC and
    MICHAEL SCOTT WILLIAMS,        CASE NO.: 8:20-cv-394

    Defendants, and

KINETIC FUNDS I, LLC,
KCL SERVICES, LLC d/b/a LENDACY,
SCIPIO, LLC, LF 42, LLC, EL MORRO
FINANCIAL GROUP, LLC, and KIH, INC.,
f/k/a KINETIC INTERNATIONAL, LLC,

    Relief Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO EMPLOY INFORMATION TECHNOLOGY AND SUPPORT PERSONNEL

THIS CAUSE came before the Court on the Receiver's (the "**Receiver**") Motion for Authorization to Employ Information Technology and Support Personnel (Doc. 38) (the "**Motion**"). With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1.    The Motion is **GRANTED.**

2.    The Receiver is authorized, *nunc pro tunc* to March 6, 2020, to employ Information Technology and Support Personnel as set forth in the Motion and to assist the Receiver in fulfilling his

QB\62076293.1

duties under the Order Appointing Receiver.

**DONE and ORDERED** this _6th_ day of _March_, 2020 in the Middle District of Florida.

_____
UNITED STATES DISTRICT COURT JUDGE

QB\62076293.1