UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

KINETIC INVESTMENT GROUP, LLC and
    MICHAEL SCOTT WILLIAMS,          CASE NO.: 8:20-cv-394

    Defendants, and

KINETIC FUNDS I, LLC,
KCL SERVICES, LLC d/b/a LENDACY,
SCIPIO, LLC, LF 42, LLC, EL MORRO
FINANCIAL GROUP, LLC, and KIH, INC.,
f/k/a KINETIC INTERNATIONAL, LLC,

    Relief Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION FOR AUTHORIZATION TO EMPLOY YIP & ASSOCIATES AS FORENSIC ACCOUNTANTS

THIS CAUSE came before the Court on the Receiver's (the "**Receiver**") Motion for Authorization to Employ Yip & Associates as Forensic Accountants (Doc. 37), to provide forensic accounting services to the Receiver (the "**Motion**"). With the Court having considered the Motion, and finding that cause exists to grant the Motion, it is hereby ORDERED as follows:

1.    The Motion is **GRANTED.**

2.    The Receiver is authorized, *nunc pro tunc* to March 6, 2020, to engage Yip &

Associates to assist the Receiver in fulfilling his duties under the Order Appointing Receiver (Doc. 34).

**DONE and ORDERED** this  6th day of March, 2020 in the Middle District of Florida.

_____
**UNITED STATES DISTRICT COURT JUDGE**