UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:20-cv-00394-WFJ-SPF

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| KINETIC INVESTMENT GROUP, LLC and MICHAEL SCOTT WILLIAMS, | ) ) ) |
| Defendants, and | ) ) |
| KINETIC FUNDS I, LLC, KCL SERVICES, LLC d/b/a LENDACY, SCIPIO, LLC, LF42, LLC, EL MORRO FINANCIAL GROUP, LLC , and KIH, INC. f/k/a KINETIC INTERNATIONAL, LLC, | ) ) ) ) ) ) |
| Relief Defendants. | ) ) |

PLAINTIFF'S NOTICE OF FILING OF
DEFENDANT MICHAEL SCOTT WILLIAMS' TRANSCRIPT

Plaintiff Securities and Exchange Commission hereby files Defendant Michael Scott Williams' testimony transcript dated November 7, 2019 per the Court's instructions (DE 32).

March 9, 2020              Respectfully submitted,

                    By:    */s/ Christine Nestor & Stephanie N. Moot*
                           Christine Nestor
                           Senior Trial Counsel
                           Fla. Bar No. 597211
                           Direct Dial: (305) 982-6367
                           E-mail: nestorc@sec.gov

        Stephanie N. Moot
Trial Counsel
Fla. Bar No. 30377
Direct Dial: (305) 982-6313
E-mail: moots@sec.gov

John T. Houchin
Senior Counsel
Fla. Bar No. 118966
Direct Dial: (305) 416-6292
E-mail: houchinj@sec.gov

Barbara Viniegra
Senior Counsel
Fla. Bar No. 716901
Direct Dial: (305) 416-6218
E-mail: viniegrab@sec.gov

Attorneys for Plaintiff
**Securities and Exchange Commission**
801 Brickell Avenue, Suite 1950
Miami, FL 33131
Facsimile: (305) 536-4154

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9. 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

        s/Christine Nestor
Christine Nestor, Esq.

Gregory W. Kehoe, Esq.
Joseph H. Picone, Esq.
Danielle S. Kemp, Esq.
Greenberg Traurig, P.A.
101 East Kennedy Blvd., Suite 1900
Tampa, FL 33602

Telephone: 813-318-5700
Email:  keoeg@gtlaw.com
        piconej@gtlaw.com
        kempd@gtlaw.com
*Counsel for Defendants and Relief Defendants*

Steven M. Malina, Esq.
Greenberg Traurig, P.A.
77 West Wacker Drive, Suite 3100
Chicago, IL 60601
Telephone: 312-456-8400
Email: malinas@gtlaw.com
*Counsel for Defendants and Relief Defendants*