UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.   Case No: 8:20-cv-394-T-35SPF

**KINETIC INVESTMENT GROUP, LLC, MICHAEL SCOTT WILLIAMS, KINETIC FUNDS I, LLC, KCL SERVICES, LLC, SCIPIO, LLC, LF42, LLC, EL MORRO FINANCIAL GROUP, LLC, KIH, INC., and BRANCH BANKING AND TRUST COMPANY,**

    Defendants.

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Receiver's First Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for March 6, 2020 – March 31, 2020. (Dkt. 73) Pursuant to 28 U.S.C. § 636, this Court **REFERS** the above-mentioned Petition to the Honorable Magistrate Judge Sean P. Flynn for entry of an Order or Report and Recommendation, as appropriate.

**DONE** and **ORDERED** in Tampa, Florida, this 19th day of May, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person
Hon. Sean P. Flynn