UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                     Case No. 8:20-cv-394-T-35SPF

KINETIC INVESTMENT GROUP, LLC,
and MICHAEL SCOTT WILLIAMS,

    Defendants, and

KINETIC FUNDS I, LLC;
KCL SERVICES, LLC d/b/a LENDACY;
SCIPIO, LLC; LF42, LLC; EL MORRO
FINANCIAL GROUP, LLC; and
KIH, INC. f/k/a KINETIC
INTERNATIONAL, LLC,

    Relief Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of the Receiver's Second Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for April 1, 2020 – June 30, 2020 (the "Application"). (Doc. 121). The Securities and Exchange Commission does not oppose the requested relief. (Doc. 121 at 2, 23).

Accordingly, having considered the Application and being otherwise fully advised, it is hereby **ORDERED** as follows:

1. The Application (Doc. 121) is **GRANTED**.

2. The Court awards the following sums and directs that payment be made from Receivership assets:

| | |
|---|---:|
| Mark A. Kornfeld and Quarles & Brady, LLP | $ 202,447.49 |
| Yip & Associates | $ 91,557.30 |
| E-Hounds, Inc. | $ 7,110.00 |
| Peters, LaPlaca and Fuste | $ 360.00 |
| International Intelligence Group, LLC | $ 800.55 |
| PDR CPAs + Advisors[1] | $ 3,457.75 |

**ORDERED** in Tampa, Florida, this 18th day of August 2020.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court notes that the schedule for PDR CPAs + Advisors (Doc. 121-9) reflected Staff Accountant Sharon O'Brien's hours as a total of 1.75 at a billing rate of $130 (1.75 x $130 = $227.50), which did not reconcile with the total amount billed of $552.50. The Court was able, however, to confirm O'Brien's invoiced hours totaled 4.25 (Doc. 121-15), which can be reconciled with the total amount billed of $552.50 (4.25 x $130 = $552.50).