UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

   Plaintiff,

v.    Case No: 8:20-cv-394-T-35SPF

**KINETIC INVESTMENT GROUP, LLC, MICHAEL SCOTT WILLIAMS, KINETIC FUNDS I, LLC, KCL SERVICES, LLC, SCIPIO, LLC, LF42, LLC, EL MORRO FINANCIAL GROUP, LLC, KIH, INC., and BRANCH BANKING AND TRUST COMPANY,**

   Defendants.

## ORDER

**THIS CAUSE** comes before the Court for consideration of the Receiver's Unopposed Third Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for July 1, 2020 – September 30, 2020. (Dkt. 157) Pursuant to 28 U.S.C. § 636, this Court **REFERS** the above-mentioned Petition to the Honorable Magistrate Judge Sean P. Flynn for entry of an Order or Report and Recommendation, as appropriate.

**DONE** and **ORDERED** in Tampa, Florida, this 14th day of December 2020.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person
Hon. Sean P. Flynn