UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v().                                                    Case No. 8:20-cv-394-MSS-SPF

KINETIC INVESTMENT GROUP, LLC,
and MICHAEL SCOTT WILLIAMS,

    Defendants, and

KINETIC FUNDS I, LLC;
KCL SERVICES, LLC d/b/a LENDACY;
SCIPIO, LLC; LF42, LLC; EL MORRO
FINANCIAL GROUP, LLC; and
KIH, INC. f/k/a KINETIC
INTERNATIONAL, LLC,

    Relief Defendants.
_____/

**ORDER**

This cause comes before the Court for consideration of the Receiver's Fourth Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for October 1, 2020 – December 31, 2020 (the "Application") (Doc. 178). The Securities and Exchange Commission does not oppose the requested relief (Doc. 178 at 2, 24).

Accordingly, having considered the Application and being otherwise fully advised, it is hereby **ORDERED** as follows:

1. The Application (Doc. 178) is **GRANTED**.

2. The Court awards the following sums and directs that payment be made from

Receivership assets:

| | |
|---|---:|
| Mark A. Kornfeld, Esq. and Quarles & Brady, LLP | $ 58,315.23 |
| Mark A. Kornfeld, Esq. and Buchanan Ingersoll | $ 5,873.25 |
| Yip & Associates | $ 16,698.50 |
| E-Hounds, Inc. | $ 2,625.00 |
| PDR CPAs + Advisors | $ 2,340.00 |
| IRW Law Offices | $ 3,136.25 |
| K. Tek Systems, Inc. | $ 150.00 |

**ORDERED** in Tampa, Florida, this 4th day of March 2021.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE

2