UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.                                                Case No. 8:20-cv-394-MSS-SPF

KINETIC INVESTMENT GROUP, LLC,
and MICHAEL SCOTT WILLIAMS,

    Defendants, and

KINETIC FUNDS I, LLC;
KCL SERVICES, LLC d/b/a LENDACY;
SCIPIO, LLC; LF42, LLC; EL MORRO
FINANCIAL GROUP, LLC; and
KIH, INC. f/k/a KINETIC
INTERNATIONAL, LLC,

    Relief Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of the Receiver's Sixth Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement of Expenses for April 1, 2021 – June 30, 2021 (the "Application") (Doc. 261). The Securities and Exchange Commission does not oppose the requested relief, and Defendant Michael S. Williams takes no position on the requested relief (Doc. 261 at 2, 23).

Having considered the Application and being otherwise fully advised, it is hereby **ORDERED** as follows:

1. The Application (Doc. 261) is **GRANTED**.

2. The Court awards the following sums and directs that payment be made from

Receivership assets:

| | |
|---|---|
| Mark A. Kornfeld, Esq. and Buchanan Ingersoll | $ 103,804.11 |
| Yip & Associates | $ 7,280.00 |
| E-Hounds, Inc. | $ 2,625.00 |
| PDR CPAs + Advisors | $ 772.50 |
| IRW Law Offices | $ 6,763.00 |

**ORDERED** in Tampa, Florida, this 27th day of August 2021.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE