UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.                                                                                  Case No: 8:20-cv-394-T-35SPF

**KINETIC INVESTMENT GROUP, LLC, MICHAEL SCOTT WILLIAMS, KINETIC FUNDS I, LLC, KCL SERVICES, LLC, SCIPIO, LLC, LF42, LLC, EL MORRO FINANCIAL GROUP, LLC, KIH, INC., and BRANCH BANKING AND TRUST COMPANY,**

    **Defendants.**

_____

## ORDER

    **THIS CAUSE** comes before the Court for consideration of the Receiver's Unopposed Motion to Approve First Interim Distribution (the "Motion"). (Dkt. 263) The Securities and Exchange Commission does not oppose the granting of the relief sought, and Defendant Williams takes no position regarding the requested relief. Having considered the Motion, and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Receiver's Motion, (Dkt. 263), is **GRANTED**. The Court finds that the interim distribution plan as set forth in the Motion and in its

Exhibit is fair and reasonable and is consistent with the distribution plan previously approved by this Court. Accordingly,

1. The Receiver is authorized to conduct a first interim distribution in the total amount of $13,216,050.91 as set forth in the Motion and in Exhibit A attached to the Motion; and

2. The revisions and procedures set forth in the Motion and in Exhibit A attached to the Motion are approved, and the Receiver is authorized to honor requests for reissuance of distribution checks made payable to custodians that are no longer applicable if the Receiver is provided sufficient notification and supporting documentation. The Receiver shall, within **ninety (90) days** of making any such administrative revisions to investor claims, file a summary report advising the Court of same.

**DONE** and **ORDERED** in Tampa, Florida, this 29th day of October 2021.

MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any Unrepresented Person