SEC vs. Kinetic Investment Group, LLC, et al
CASE NO.: 8:20-cv-394

# EXHIBIT "1"

Standardized Fund Accounting Report for
Mark A. Kornfeld as Receiver for Kinetic Investment Group, LLC et al. - Cash Basis
Receivership; Civil Court Docket No. 8:20-cv-00394-WFJ-SPF
Reporting Period 01/01/2022-03/31/2022

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 1 | Beginning Balance (As of 01/01/2022): | | | $ 6,754,290.88 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities** | | | |
| Line 4 | Interest/Dividend Income | 4,024.38 | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | 0.00 | | |
| Line 8 | Miscellaneous - Other | | | |
| | **Total Funds Available (Line 1 - 8):** | | 4,024.38 | 6,758,315.26 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Claimants** | | - | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | | | |
| Line 10b | Business Asset Expenses | 1,650.00 | | |
| Line 10c | Personal Asset Expenses | 8,829.36 | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | 621.17 | | |
| | **Total Disbursements for Receivership Operations** | | 11,100.53 | 11,100.53 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 - 11)** | | | 11,100.53 |
| Line 13 | **Ending Balance (As of 03/31/2022)** | | | 6,747,214.73 |

**Standardized Fund Accounting Report for**
**Mark A. Kornfeld as Receiver for Kinetic Investment Group, LLC et al. - Cash Basis**
**Receivership; Civil Court Docket No. 8:20-cv-00394-WFJ-SPF**
**Reporting Period 01/01/2022-03/31/2022**

| | FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| Line 14 | Ending Balance of Fund - Net Assets: | | | 6,747,214.73 |
| Line 14a | Cash & Cash Equivalents | | | 6,747,214.73 |
| Line 14b | Investments | | | |
| Line 14c | Other Assets or Uncleared Funds | | | |
| | Total Ending Balance of Fund - Net Assets | | | 6,747,214.73 |

| | OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|---|
| | Report of Items Not To Be Paid by the Fund | | | |
| Line 15 | Disbursements for Plan Administration Expenses Not Paid by the Fund: | | | |
| Line 15a | Plan Development Expenses Not Paid by the Fund | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses Not Paid by the Fund | | - | |
| Line 15b | Plan Implementation Expenses Not Paid by the Fund | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses Not Paid by the Fund | | - | |
| Line 15c | Tax Administrator Fees & Bonds Not Paid by the Fund: | | | |
| | Total Disbursements for Plan Administration Expenses Not Paid by the Fund | | | - |
| Line 16 | Disbursements to Court/Other Not Paid by the Fund: | | | |
| Line 16a | Investment Expenses/CRIS Fees | | | |
| Line 16b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other Not Paid by the Fund | | - | |
| Line 17 | DC & State Tax Payments | | | |
| Line 18 | No of Claims | | | |
| | # of Claims Received This Reporting Period | | | |
| | # of Claims Received Since Inception of Fund | | | |
| Line 19 | No of Claimants/Investors: | | | |
| Line 19a | # of Claimants/Investors Paid This Reporting Period | | | |
| | # of Claimants/Investors Paid Since Inception of Fund | | | |

*Broker accounts U1364167 and U1364170 are not part on the Receivership and not included in above report. Accounts were closed and transferred out to the investors

Receiver:
By: _____
Title
Date _____

Standardized Fund Accounting Report for
Mark A. Kornfeld as Receiver for Kinetic Investment Group, LLC et al. - Cash Basis
Receivership; Civil Court Docket No. 8:20-cv-00394-WFJ-SPF
Reporting Period From Inception 03/06/2020 to 03/31/2022

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 03/06/2020): | | | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | 13,652,912.22 | | |
| Line 4 | Interest/Dividend Income | 124,357.58 | | |
| Line 5 | Business Asset Liquidation | 4,025,500.00 | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | 3,482,645.95 | | |
| Line 8 | Miscellaneous - Other | 223,877.75 | | |
| | **Total Funds Available (Line 1 - 8):** | | 21,509,293.50 | 21,509,293.50 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | Disbursements to Claimants | 13,216,050.91 | | |
| Line 10 | Disbursements for Receivership Operations | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 1,392,706.33 | | |
| Line 10b | Business Asset Expenses | 35,781.18 | | |
| Line 10c | Personal Asset Expenses | 61,805.82 | | |
| Line 10d | Investment Expenses | 55,113.36 | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | 621.17 | | |
| | **Total Disbursements for Receivership Operations** | | 14,762,078.77 | 14,762,078.77 |
| Line 11 | Disbursements for Distribution Expenses Paid by the Fund | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |   Fund Administrator | | | |
| |   Independent Distribution Consultant (IDC) | | | |
| |   Distribution Agent | | | |
| |   Consultants | | | |
| |   Legal Advisors | | | |
| |   Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |   Fund Administrator | | | |
| |   IDC | | | |
| |   Distribution Agent | | | |
| |   Consultants | | | |
| |   Legal Advisors | | | |
| |   Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |   Notice/Publishing Approved Plan | | | |
| |   Claimant Identification | | | |
| |   Claims Processing | | | |
| |   Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | Disbursements to Court/Other: | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | Total Disbursements to Court/Other: | | | |
| | **Total Funds Disbursed (Lines 9 - 11)** | | | 14,762,078.77 |
| Line 13 | **Ending Balance (As of 03/31/2022)** | | | 6,747,214.73 |

Standardized Fund Accounting Report for
Mark A. Kornfeld as Receiver for Kinetic Investment Group, LLC et al. - Cash Basis
Receivership; Civil Court Docket No. 8:20-cv-00394-WFJ-SPF
Reporting Period From Inception 03/06/2020 to 03/31/2022

| FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Line 14** **Ending Balance of Fund - Net Assets:** | | | 6,747,214.73 |
| Line 14a Cash & Cash Equivalents | | | 6,747,214.73 |
| Line 14b Investments | | | |
| Line 14c Other Assets or Uncleared Funds | | | |
| **Total Ending Balance of Fund - Net Assets** | | | 6,747,214.73 |

| OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Report of Items Not To Be Paid by the Fund** | | | |
| **Line 15** **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a  Plan Development Expenses Not Paid by the Fund | | | |
| 1. Fees: | | | |
| Fund Administrator | | | |
| IDC | | | |
| Distribution Agent | | | |
| Consultants | | | |
| Legal Advisors | | | |
| Tax Advisors | | | |
| 2. Administrative Expenses | | | |
| 3. Miscellaneous | | | |
| Total Plan Development Expenses Not Paid by the Fund | | - | |
| Line 15b Plan Implementation Expenses Not Paid by the Fund | | | |
| 1. Fees: | | | |
| Fund Administrator | | | |
| IDC | | | |
| Distribution Agent | | | |
| Consultants | | | |
| Legal Advisors | | | |
| Tax Advisors | | | |
| 2. Administrative Expenses | | | |
| 3. Investor Identification: | | | |
| Notice/Publishing Approved Plan | | | |
| Claimant Identification | | | |
| Claims Processing | | | |
| Web Site Maintenance/Call Center | | | |
| 4. Fund Administrator Bond | | | |
| 5. Miscellaneous | | | |
| 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| Total Plan Implementation Expenses Not Paid by the Fund | | - | |
| Line 15c Tax Admistrator Fees & Bonds Not Paid by the Fund: | | | |
| **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | - |
| **Line 16** **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a Investment Expenses/CRIS Fees | | | |
| Line 16b Federal Tax Payments | | | |
| **Total Disbursements to Court/Other Not Paid by the Fund** | | | - |
| **Line 17** **DC & State Tax Payments** | | | |
| **Line 18** **No of Claims** | | | |
| # of Claims Received This Reporting Period | | | |
| # of Claims Received Since Inception of Fund | | | |
| **Line 19** **No of Claimants/Investors:** | | | |
| Line 19a  # of Claimants/Investors Paid This Reporting Period | | | |
| # of Claimants/Investors Paid Since Inception of Fund | | | |

Receiver:
By:
Title
Date