UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

      Plaintiff,

v.                                                                  Case No. 8:20-cv-394-MSS-SPF

KINETIC INVESTMENT GROUP, LLC,
and MICHAEL SCOTT WILLIAMS,

      Defendants, and

KINETIC FUNDS I, LLC;
KCL SERVICES, LLC d/b/a LENDACY;
SCIPIO, LLC; LF42, LLC; EL MORRO
FINANCIAL GROUP, LLC; and
KIH, INC. f/k/a KINETIC
INTERNATIONAL, LLC,

      Relief Defendants.

_____/

**ORDER**

This cause comes before the Court for consideration of the Receiver's Ninth Interim

Omnibus Application for Allowance and Payment of Professionals' Fees and Reimbursement

of Expenses for January 1, 2022 – March 31, 2022 (the "Application") (Doc. 284).  The

Securities and Exchange Commission does not oppose the requested relief, and Defendant

Michael S. Williams takes no position on the requested relief (Doc. 284 at 22–23).

Having considered the Application and being otherwise fully advised, it is hereby

**ORDERED** as follows:

1.  The Application (Doc. 284) is **GRANTED**.

2.  The Court awards the following sums and directs that payment be made from

Receivership assets:

| | |
|---|---:|
| Mark A. Kornfeld, Esq. and Buchanan Ingersoll | $ 41,606.17 |
| Yip & Associates | $ 2,738.50 |
| E-Hounds, Inc. | $ 1,485.00 |
| PDR CPAs + Advisors | $ 2,891.25 |
| IRW Law Offices | $ 3,192.50 |
| K.Tek Systems, Inc. | $ 720.00 |

**ORDERED** in Tampa, Florida, this 25th day of May 2022.

SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE