SEC vs. Kinetic Investment Group, LLC, et al
CASE NO.: 8:20-cv-394

# EXHIBIT "1"

**Standardized Fund Accounting Report for**
**Mark A. Kornfeld as Receiver for Kinetic Investment Group, LLC et al. - Cash Basis**
**Receivership; Civil Court Docket No. 8:20-cv-00394-WFJ-SPF**
**Reporting Period 04/01/2022-06/30/2022**

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 04/01/2022): | | | $ 6,747,214.73 |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities** | | | |
| Line 4 | Interest/Dividend Income | 4,442.55 | | |
| Line 5 | Business Asset Liquidation | | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | 5,000.00 | | |
| Line 8 | Miscellaneous - Other | | | |
| | **Total Funds Available (Line 1 - 8):** | | 9,442.55 | 6,756,657.28 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Claimants** | - | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 91,375.82 | | |
| Line 10b | Business Asset Expenses | 37,233.25 | | |
| Line 10c | Personal Asset Expenses | 8,829.36 | | |
| Line 10d | Investment Expenses | | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | 25,860.49 | | |
| | **Total Disbursements for Receivership Operations** | | 163,298.92 | 163,298.92 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 - 11)** | | | 163,298.92 |
| Line 13 | **Ending Balance (As of 06/30/2022)** | | | 6,593,358.36 |

**Standardized Fund Accounting Report for**
**Mark A. Kornfeld as Receiver for Kinetic Investment Group, LLC et al. - Cash Basis**
**Receivership; Civil Court Docket No. 8:20-cv-00394-WFJ-SPF**
**Reporting Period 04/01/2022-06/30/2022**

| FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Line 14 Ending Balance of Fund - Net Assets:** | | | 6,593,358.36 |
| Line 14a Cash & Cash Equivalents | | | 6,593,358.36 |
| Line 14b Investments | | | |
| Line 14c Other Assets or Uncleared Funds | | | |
| **Total Ending Balance of Fund - Net Assets** | | | 6,593,358.36 |
| | | | |
| **OTHER SUPPLEMENTAL INFORMATION:** | **Detail** | **Subtotal** | **Grand Total** |
| **Report of Items Not To Be Paid by the Fund** | | | |
| **Line 15 Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a   Plan Development Expenses Not Paid by the Fund | | | |
|    1. Fees: | | | |
|       Fund Administrator | | | |
|       IDC | | | |
|       Distribution Agent | | | |
|       Consultants | | | |
|       Legal Advisors | | | |
|       Tax Advisors | | | |
|    2.  Administrative Expenses | | | |
|    3. Miscellaneous | | | |
| Total Plan Development Expenses Not Paid by the Fund | | - | |
| Line 15b Plan Implementation Expenses Not Paid by the Fund | | | |
|    1. Fees: | | | |
|       Fund Administrator | | | |
|       IDC | | | |
|       Distribution Agent | | | |
|       Consultants | | | |
|       Legal Advisors | | | |
|       Tax Advisors | | | |
|    2. Administrative Expenses | | | |
|    3. Investor Identification: | | | |
|       Notice/Publishing Approved Plan | | | |
|       Claimant Identification | | | |
|       Claims Processing | | | |
|       Web Site Maintenance/Call Center | | | |
|    4. Fund Administrator Bond | | | |
|    5. Miscellaneous | | | |
|    6. Federal Account for Investor Restitution | | | |
|      (FAIR) Reporting Expenses | | | |
| Total Plan Implementation Expenses Not Paid by the Fund | | - | |
| Line 15c Tax Admistrator Fees & Bonds Not Paid by the Fund: | | | |
| **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | - |
| **Line 16 Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a Investment Expenses/CRIS Fees | | | |
| Line 16b Federal Tax Payments | | | |
| **Total Disbursements to Court/Other Not Paid by the Fund** | | - | |
| **Line 17 DC & State Tax Payments** | | | |
| **Line 18 No of Claims** | | | |
|    # of Claims Received This Reporting Period _____ | | | |
|    # of Claims Received Since Inception of Fund _____ | | | |
| **Line 19 No of Claimants/Investors:** | | | |
| Line 19a   # of Claimants/Investors Paid This Reporting Period _____ | | | |
|    # of Claimants/Investors Paid Since Inception of Fund _____ | | | |

**\*Broker accounts U1364167 and U1364170 are not part on the Receivership and not included in above report.**
**Accounts were closed and transferred out to the investors**

Receiver:
By:              _____
Title
Date            _____

**Standardized Fund Accounting Report for**
**Mark A. Kornfeld as Receiver for Kinetic Investment Group, LLC et al. - Cash Basis**
**Receivership; Civil Court Docket No. 8:20-cv-00394-WFJ-SPF**
**Reporting Period From Inception 03/06/2020 to 06/30/2022**

| FUND ACCOUNTING (See Instructions): | | Detail | Subtotal | Grand Total |
|---|---|---:|---:|---:|
| Line 1 | Beginning Balance (As of 03/06/2020): | | | $ - |
| | *Increases in Fund Balance:* | | | |
| Line 2 | Business Income | | | |
| Line 3 | Cash and Securities | 13,652,912.22 | | |
| Line 4 | Interest/Dividend Income | 128,800.13 | | |
| Line 5 | Business Asset Liquidation | 4,025,500.00 | | |
| Line 6 | Personal Asset Liquidation | | | |
| Line 7 | Third-Party Litigation Income | 3,487,645.95 | | |
| Line 8 | Miscellaneous - Other | 223,877.75 | | |
| | **Total Funds Available (Line 1 - 8):** | | 21,518,736.05 | 21,518,736.05 |
| | *Decreases in Fund Balance:* | | | |
| Line 9 | **Disbursements to Claimants** | 13,216,050.91 | | |
| Line 10 | **Disbursements for Receivership Operations** | | | |
| Line 10a | Disbursements to Receiver or Other Professionals | 1,484,082.15 | | |
| Line 10b | Business Asset Expenses | 73,014.43 | | |
| Line 10c | Personal Asset Expenses | 70,635.18 | | |
| Line 10d | Investment Expenses | 55,113.36 | | |
| Line 10e | Third-Party Litigation Expenses | | | |
| | 1. Attorney Fees | | | |
| | 2. Litigation Expenses | | | |
| | Total Third-Party Litigation Expenses | | | |
| Line 10f | Tax Administrator Fees and Bonds | | | |
| Line 10g | Federal and State Tax Payments | 26,481.66 | | |
| | **Total Disbursements for Receivership Operations** | | 14,925,377.69 | 14,925,377.69 |
| Line 11 | **Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 11a | Distribution Plan Development Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    Independent Distribution Consultant (IDC) | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Miscellaneous | | | |
| | Total Plan Development Expenses | | | |
| Line 11b | Distribution Plan Implementation Expenses: | | | |
| | 1. Fees: | | | |
| |    Fund Administrator | | | |
| |    IDC | | | |
| |    Distribution Agent | | | |
| |    Consultants | | | |
| |    Legal Advisors | | | |
| |    Tax Advisors | | | |
| | 2. Administrative Expenses | | | |
| | 3. Investor Identification: | | | |
| |    Notice/Publishing Approved Plan | | | |
| |    Claimant Identification | | | |
| |    Claims Processing | | | |
| |    Web Site Maintenance/Call Center | | | |
| | 4. Fund Administrator Bond | | | |
| | 5. Miscellaneous | | | |
| | 6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
| | Total Plan Implementation Expenses | | | |
| | **Total Disbursements for Distribution Expenses Paid by the Fund** | | | |
| Line 12 | **Disbursements to Court/Other:** | | | |
| Line 12a | Investment Expenses/Court Registry Investment System (CRIS) Fees | | | |
| Line 12b | Federal Tax Payments | | | |
| | **Total Disbursements to Court/Other:** | | | |
| | **Total Funds Disbursed (Lines 9 - 11)** | | | 14,925,377.69 |
| Line 13 | **Ending Balance (As of 06/30/2022** | | | 6,593,358.36 |

Standardized Fund Accounting Report for
Mark A. Kornfeld as Receiver for Kinetic Investment Group, LLC et al. - Cash Basis
Receivership; Civil Court Docket No. 8:20-cv-00394-WFJ-SPF
Reporting Period From Inception 03/06/2020 to 06/30/2022

| FUND ACCOUNTING (See Instructions): | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Line 14** **Ending Balance of Fund - Net Assets:** | | | 6,593,358.36 |
| Line 14a Cash & Cash Equivalents | | | 6,593,358.36 |
| Line 14b Investments | | | |
| Line 14c Other Assets or Uncleared Funds | | | |
| **Total Ending Balance of Fund - Net Assets** | | | 6,593,358.36 |

| OTHER SUPPLEMENTAL INFORMATION: | Detail | Subtotal | Grand Total |
|---|---|---|---|
| **Report of Items Not To Be Paid by the Fund** | | | |
| **Line 15** **Disbursements for Plan Administration Expenses Not Paid by the Fund:** | | | |
| Line 15a   Plan Development Expenses Not Paid by the Fund | | | |
|   1. Fees: | | | |
|     Fund Administrator | | | |
|     IDC | | | |
|     Distribution Agent | | | |
|     Consultants | | | |
|     Legal Advisors | | | |
|     Tax Advisors | | | |
|   2. Administrative Expenses | | | |
|   3. Miscellaneous | | | |
|   Total Plan Development Expenses Not Paid by the Fund | | - | |
| Line 15b Plan Implementation Expenses Not Paid by the Fund | | | |
|   1. Fees: | | | |
|     Fund Administrator | | | |
|     IDC | | | |
|     Distribution Agent | | | |
|     Consultants | | | |
|     Legal Advisors | | | |
|     Tax Advisors | | | |
|   2. Administrative Expenses | | | |
|   3. Investor Identification: | | | |
|     Notice/Publishing Approved Plan | | | |
|     Claimant Identification | | | |
|     Claims Processing | | | |
|     Web Site Maintenance/Call Center | | | |
|   4. Fund Administrator Bond | | | |
|   5. Miscellaneous | | | |
|   6. Federal Account for Investor Restitution (FAIR) Reporting Expenses | | | |
|   Total Plan Implementation Expenses Not Paid by the Fund | | - | |
| Line 15c Tax Admistrator Fees & Bonds Not Paid by the Fund: | | | |
| **Total Disbursements for Plan Administration Expenses Not Paid by the Fund** | | | - |
| **Line 16** **Disbursements to Court/Other Not Paid by the Fund:** | | | |
| Line 16a Investment Expenses/CRIS Fees | | | |
| Line 16b Federal Tax Payments | | | |
| **Total Disbursements to Court/Other Not Paid by the Fund** | | - | |
| **Line 17** **DC & State Tax Payments** | | | |
| **Line 18** **No of Claims** | | | |
|   # of Claims Received This Reporting Period _____ | | | |
|   # of Claims Received Since Inception of Fund _____ | | | |
| **Line 19** **No of Claimants/Investors:** | | | |
| Line 19a   # of Claimants/Investors Paid This Reporting Period _____ | | | |
|   # of Claimants/Investors Paid Since Inception of Fund _____ | | | |

Receiver:
By:   _____
Title
Date   _____