UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SECURITIES AND EXCHANGE
COMMISSION,

    Plaintiff,

v.

KINETIC INVESTMENT GROUP, LLC
and MICHAEL SCOTT WILLIAMS,        Case No.: 8:20-cv-394-MSS-SPF

    Defendants, and

KINETIC FUNDS I, LLC;
KCL SERVICES, LLC d/b/a LENDACY;
SCIPIO, LLC; LF42, LLC; EL MORRO
FINANCIAL GROUP, LLC; and
KIH, INC. f/k/a KINETIC
INTERNATIONAL, LLC,

    Relief Defendants.
_____/

## ORDER

This cause comes before the Court for consideration of the Receiver's Sixteenth Interim Omnibus Application for Allowance and Payment of Professionals' Fees and Expenses for October 1, 2023 – December 31, 2023 (the "Application") (Doc. 324). The Securities and Exchange Commission does not oppose the requested relief, and Defendant Michael S. Williams takes no position on the requested relief. (*Id.* at 2, 24).

Having considered the Application and being otherwise fully advised, it is

hereby **ORDERED** as follows:

1. The Application (Doc. 324) is **GRANTED.**

2. The Court awards the following sums and directs that payment be made from Receivership assets:

| | |
|---|---|
| Mark A. Kornfeld, Esq. and Buchanan Ingersoll | $ 10,766.25 |
| K-Tek Systems, Inc. | $      780.00 |
| E-Hounds | $   1,485.00 |
| PDR CPAs + Advisors/Goldman/Valdes | $   9,164.25 |
| **TOTAL** | **$ 22,195.50** |

**ORDERED** in Tampa, Florida on February 27, 2024.

_____
SEAN P. FLYNN
UNITED STATES MAGISTRATE JUDGE